IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RAMZEE ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:25-cv-00443-DGK |
| | ) |
| KANSAS CITY CHIEFS FOOTBALL CLUB, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT KANSAS CITY CHIEFS FOOTBALL CLUB'S MOTION TO STAY ACTION AND COMPEL ARBITRATION**

Defendant Kansas City Chiefs Football Club, Inc. (the "Club") moves the Court pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3-4, for an order staying this action and compelling binding arbitration of Plaintiff Ramzee Robinson's ("Plaintiff") claims. As set forth fully in the Suggestions in Support, filed contemporaneously herewith, Plaintiff and the Club have mutually agreed to a binding arbitration agreement as part of Plaintiff's employment agreement with the Club. The Arbitration Agreement requires the parties arbitrate any and all disputes that arise between them. The Arbitration Agreement is enforceable as it is a valid agreement under Missouri law, and importantly, contains an enforceable delegation provision.

WHEREFORE, the Club respectfully requests that this Court enter an Order enforcing the Arbitration Agreement and compelling binding arbitration of all claims identified in this action.

Respectfully submitted,

POLSINELLI PC

By: */s/ Eric E. Packel*
    ERIC E. PACKEL (#44632)
    EMMA R. SCHUERING (#65169)
    ISAAC T. CAVERLY (#72740)
    900 W. 48th Place, Suite 900
    Kansas City, MO 64112-1895
    (816) 753-1000
    Fax No. (816) 753-1536
    epackel@polsinelli.com
    eschuering@polsinelli.com
    icaverly@polsinelli.com

ATTORNEYS FOR DEFENDANT
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served (_X_) electronically via the Court's notification system; (____) by United States Mail, postage prepaid; and/or (____) by E-mail this 15th day of July, 2025, to:

Katrina Y. Robertson, Esq.
Katrina Y. Robertson, LLC
The Cable Building
1321 Burlington Street, Suite 600
North Kansas City, MO 64116
816-885-4974
Fax: 816-817-4964
krobertson@kyrobertsonlaw.com

Eric K. Bank, MBN, Esq.
Banks Law LLC
The Keunstler Verein Building
1824 Choteau Avenue
St. Louis, MO 63103
314-583-7075
Fax: 314-216-3849
ericbanks@bankslawllc.com

Connie D. Breeden, Esq.
Connie D. Breeden Law Office
2007 Lincoln Street
Columbia, SC 29201
803-255-1010
breedenlaw@att.net

ATTORNEYS FOR PLAINTIFF

                                                 /s/ Eric E. Packel